```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 20696
   DOROTHY J WELLS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-4430

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/27/2004 and was confirmed 08/12/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 08/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
WELLS FARGO FINANCIAL IN   SECURED            5000.00         2845.97         5000.00
WELLS FARGO FINANCIAL IN   UNSECURED          6487.28             .00          648.73
COMED                      UNSECURED         NOT FILED            .00             .00
COMED                      UNSECURED         NOT FILED            .00             .00
MIDWEST ORTHOPAEDICS       UNSECURED         NOT FILED            .00             .00
RUSH OAK PARK HOSPITAL     UNSECURED         NOT FILED            .00             .00
AT & T BANKRUPCTY          UNSECURED          1068.06             .00          106.81
ECMC                       UNSECURED          9979.88             .00          997.99
SPRINT                     UNSECURED         NOT FILED            .00             .00
TRIAD FINANCIAL            UNSECURED         11747.68             .00         1174.77
GLOBAL PAYMENTS CHECK SV   UNSECURED           500.00             .00           50.00
DR KOSOBUCK DDS            UNSECURED         NOT FILED            .00             .00
FINGERHUT                  UNSECURED         NOT FILED            .00             .00
GEORGE COLLINS APTS        UNSECURED         NOT FILED            .00             .00
AMERITECH                  UNSECURED         NOT FILED            .00             .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED            .00             .00
CHICAGO DEPT OF REVENUE    UNSECURED         NOT FILED            .00             .00
LEHMAN & FOX               DEBTOR ATTY       2,700.00                         2,700.00
TOM VAUGHN                 TRUSTEE                                              801.57
DEBTOR REFUND              REFUND                                               453.68

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            14,779.52

PRIORITY                                        .00
SECURED                                    5,000.00
    INTEREST                               2,845.97
UNSECURED                                  2,978.30
ADMINISTRATIVE                             2,700.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 20696 DOROTHY J WELLS
```

```
TRUSTEE COMPENSATION                                                 801.57
DEBTOR REFUND                                                        453.68
                                    ----------------       ----------------
TOTALS                                     14,779.52              14,779.52
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/20/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE